# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JOY COULTER,

    Plaintiff,

v.

BARCLAY'S BANK DELAWARE, et al.,

    Defendants.

Case No. 15-cv-03122-BLF

**ORDER RESETTING HEARING DATE**

The Court RESETS the hearing date for Defendant Capital One Bank (USA), N.A.'s motion to dismiss from February 4, 2016 at 9:00 a.m. to January 7, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 11, 2015

_____
BETH LABSON FREEMAN
United States District Judge