# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOY COULTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Case No.  15-cv-03122-BLF<br><br>**ORDER TO SHOW CAUSE** |

To Plaintiff Joy Coulter, you are hereby ORDERED to SHOW CAUSE in writing, on or before January 20, 2016, why Defendants First National Credit Card, Inc. and United Finance should not be dismissed from this action for failure to prosecute.

This case was removed from the Santa Clara County Superior Court on July 6, 2015. Since then, Plaintiff has dismissed six of the defendants. There is no indication on the docket that Defendants First National Credit Card, Inc. and United Finance have been served with process.

The Federal Rules of Civil Procedure do not contemplate an indefinite and indeterminate delay in the service of process. *See* Fed. R. Civ. P. 4(m). In fact, the newly amended Federal Rules of Civil Procedure seek to reduce the delay in the early stages of litigation by reducing the time to serve a defendant from 120 days to 90 days. *Id*.

Here, Plaintiff has not complied with Fed. R. Civ. P. 4(m), which requires defendants to be served within 120 days after the complaint is filed.  Accordingly, the Court ORDERS Plaintiff Joy Coulter TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall submit a written response on or before January 20, 2016.  The Court advises Plaintiff that a failure to respond to the order to show by January 20, 2016 will result in the dismissal of Defendants First National Credit Card, Inc. and United Finance without prejudice.

**IT IS SO ORDERED.**

Dated: December 21, 2015

_____
BETH LABSON FREEMAN
United States District Judge