United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

JOY COULTER,

          Plaintiff,

    v.

UNITED FINANCE,

          Defendant.

Case No.  15-cv-03122-BLF

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT**

All defendants to this action have been dismissed, with the exception of United Finance, against whom Plaintiff obtained a Clerk's Entry of Default on April 4, 2016.  Accordingly, the Case Management Conference set for July 7, 2016 is VACATED and Plaintiff SHALL FILE any motion for default judgment against United Finance on or before July 1, 2016.  If Plaintiff does not file a motion for default judgment within the time provided, the Court will presume that Plaintiff does not intend to proceed against United Finance and will dismiss the action against United Finance for failure to prosecute.

    **IT IS SO ORDERED.**

Dated:  June 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge