UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOY COULTER,

    Plaintiff,

    v.

UNITED FINANCE,

    Defendant.

Case No.  15-cv-03122-BLF

**ORDER DISMISSING DEFENDANT UNITED FINANCE FOR FAILURE TO PROSECUTE; AND DIRECTING CLERK TO TERMINATE ACTION**

Plaintiff obtained a Clerk's Entry of Default against United Finance on April 4, 2016.  On June 7, 2016, the Court issued an order directing Plaintiff to file a motion for default judgment on or before July 1, 2016.  The Order indicated that "[i]f Plaintiff does not file a motion for default judgment within the time provided, the Court will presume that Plaintiff does not intend to proceed against United Finance and will dismiss the action against United Finance for failure to prosecute."  Order, ECF 52.  Plaintiff has not filed a motion for default judgment or otherwise responded to the Court's order.  Accordingly, the Court hereby DISMISSES United Finance for failure to prosecute the action against it.  *See* Fed. R. Civ. P. 41(b).

United Finance was the last defendant remaining in the action.  United Finance having been dismissed, the Clerk is directed to TERMINATE the action.

**IT IS SO ORDERED.**

Dated: July 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge